1  Herman Franck, Esq. (SB #123476)
   Elizabeth Vogel, Esq. (SB #245772)
2  **FRANCK & ASSOCIATES**
   1801 7th Street, Suite 150
3  Sacramento, CA 95811
   Tel. (916) 447-8400
4  Fax (916) 447-0720

5  Attorneys for Plaintiff Granite Outlet, Inc.

6

7                UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9

10  GRANITE OUTLET, INC.                     Case No. 2:14-cv-00124-TLN-EFB
              Plaintiff,
11
12          v.                               **STIPULATION FOR ORDER
                                             CONTINUING MARCH 27, 2014
13                                           HEARING ON DEFENDANT'S MOTION
    CHRISTINE BAKER in her official capacity TO DISMISS TO APRIL 10, 2014; ORDER
14  as DIRECTOR OF THE DEPARTMENT OF         THEREON**
    INDUSTRIAL RELATIONS (DIR)
15            Defendant                      Date: March 27, 2014
                                             Time: 2:00PM
16                                           Courtroom: 2
                                             Judge: Hon. Troy L. Nunley
17

18

19

20

21

22

23

24

25

26

27

28                                                                              1
    *Granite Outlet Inc. v. Christine Baker et al.*
      STIPULATION FOR ORDER CONTINUING MARCH 27, 2014 HEARING ON DEFENDANT'S MOTION TO DISMISS TO APRIL 10, 2014;
    ORDER THEREON

1  The parties hereby STIPULATE that the court may CONTINUE the March 27, 2014 date to April

2  10, 2014.  The reason for this continuance is due to a scheduling conflict involving Plaintiffs

3  counsel Herman Franck, Esq.

4

5  SO STIPULATED:

6

7  FRANCK AND ASSOCIATES:

8

9  ___/s/ Herman Franck, Esq._____                          March _7_, 2014

10  HERMAN FRANCK, ESQ.,
   FRANCK AND ASSOCIATES

11  Attorney for Granite Outlet, Inc.

12

13  DEPARTMENT OF INDUSTRIAL RELATIONS,
   LEGAL SECTION:

14

15

16  _/s/ David Cross, Esq._____                          March _6_, 2014
   David Cross, Esq.

17  Attorney for CHRISTINE BAKER
   in her official capacity as

18  DIRECTOR OF THE DEPARTMENT
   OF INDUSTRIAL RELATIONS (DIR)

19

20

21

22

23

24

25

26

27

28                                                                                    2
   *Granite Outlet Inc. v. Christine Baker et al.*
   STIPULATION FOR ORDER CONTINUING MARCH 27, 2014 HEARING ON DEFENDANT'S MOTION TO DISMISS TO APRIL 10, 2014;
   ORDER THEREON

**ORDER BASED ON STIPULATION**

The court hereby ACCEPTS the forgoing STIPULATION, and hereby ORDERS that the March 27, 2014 hearing on Defendant Christine Baker's motion to dismiss is CONTINUED to April 10, 2014 at 2:00 pm in Courtroom 2.

Dated: March 14, 2014

Troy L. Nunley
United States District Judge

*Granite Outlet Inc. v. Christine Baker et al.*

STIPULATION FOR ORDER CONTINUING MARCH 27, 2014 HEARING ON DEFENDANT'S MOTION TO DISMISS TO APRIL 10, 2014; ORDER THEREON

3