UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANITE OUTLET INC., | No. 2:14-cv-00124 TLN EFB |
| Plaintiff, | |
| v. | **ORDER** |
| BAKER, | |
| Defendant. | |

This matter is before the Court pursuant to Plaintiff Granite Outlet Inc.'s ("Plaintiff") Motion to Amend the Complaint. (ECF No. 18.) Plaintiff filed its original complaint (ECF No. 1) on January 17, 2014. In response, Defendant Christine Baker ("Defendant") filed a pending motion to dismiss on February 14, 2014. (*See* ECF No. 12.) Before the Court has had the opportunity to rule on Defendant's motion to dismiss, Plaintiff has sought leave to amend. In Plaintiff's motion, it states that an amendment is necessary so that Plaintiff may allege additional facts arising from the same set of events and against the same parties described in the original Complaint. Furthermore, Plaintiff alleges that its proposed amendment will not prejudice Defendant because this case has not been set for trial, no scheduling order has been issued as of date, and the parties have yet to begin discovery.

The Court agrees and thus finds that the means of justice support allowing Plaintiff to amend its Complaint. *See* Fed. R. Civ. P. 15(a)(2) (stating that the "court should freely give leave

when justice so requires"); *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987) ("Rule 15's policy of favoring amendments to pleadings should be applied with extreme liberality.") (quoting *United States v. Webb*, 655 F.2d 977, 979 (9th Cir. 1981) (citing *Rosenberg Brothers & Co. v. Arnold*, 283 F.2d 406 (9th Cir. 1960) (per curiam))).

   As such, the Court hereby GRANTS Plaintiff's Motion for Leave to Amend (ECF No. 18) and DENIES Defendant's Motion to Dismiss as moot.

   IT IS SO ORDERED.

Dated: April 4, 2014

                  Troy L. Nunley
                  United States District Judge