UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANITE OUTLET, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHRISTINE BAKER in her official capacity as DIRECTOR OF THE DEPARTMENT OF INDUSTRIAL RELATIONS, <br><br> Defendants. | No. 2:14-cv-00124-TLN-EFB <br><br><br> **RELATED CASE ORDER** |
| GRANITE OUTLET, INC., <br><br> Plaintiff, <br><br> v. <br><br> HARTFORD CASUALTY INSURANCE CO., <br><br> Defendant. | No. 2:14-cv-00575-GEB-KJN |

Examination of the above-entitled actions reveal that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same plaintiff, are based on the same or similar claims, the same event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to affect a substantial

1

1  savings of judicial effort and is also likely to be convenient for the parties.

2        IT IS THEREFORE ORDERED that the action denominated 2:14-cv-00575-GEB-
3  KJN, is hereby reassigned to District Judge Troy L. Nunley, and Magistrate Judge Edmund F.
4  Brennan for all further proceedings. Any dates currently set in the reassigned case are hereby
5  VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown
6  as: 2:14-cv-00575-TLN-EFB.

7        IT IS FURTHER ORDERED that the Clerk of the Court make appropriate
8  adjustments in the assignment of civil cases to compensate for this reassignment and issue an
9  Order Requiring a Joint Status Report for the undersigned.

11 Dated: July 30, 2014

              Troy L. Nunley
              United States District Judge